**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Domingo Nolberto PENA,**
**Defendant–Appellant.**

No. 08–6807.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2008.

Decided: July 3, 2008.

Domingo Nolberto Pena, Appellant Pro Se. Morris Rudolph Parker, Jr., James L. Trump, Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Domingo Nolberto Pena appeals the district court's order granting his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Pena,* No. 1:98–cr–00132–JCC11 (E.D.Va. Apr. 30, 2008). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*